Paul R. Hejmanowski, Esq., NSB #94
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8880
Fax: (702) 383-8845
phejmanowski@lionelsawyer.com

Attorneys for Defendant, Phillip Ivey, Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LUCIAETTA IVEY, | Case No. 2:11-cv-02044-RCJ-RJJ |
| Plaintiff, | MOTION FOR LEAVE TO FILE AND MAINTAIN UNDER SEAL DOCUMENTS FROM SEALED EIGHTH JUDICIAL DISTRICT COURT FAMILY DIVISION PROCEEDINGS |
| vs. | |
| JOHN SPILOTRO; DAVID CHESNOFF; and PHILLIP IVEY, JR., | |
| Defendants. | |

Pursuant to LR 10-5, Defendant Phillip Ivey, Jr., seeks leave of Court to file and maintain under seal the documents lodged with the Court as Exhibits 1-11 to his Declaration in support of his Motion to Dismiss (DKT 9).

At issue in this case are the divorce proceedings between Plaintiff Luciaetta Ivey and Defendant Phil Ivey which occurred in the Family Division of the Eighth Judicial District Court, Case No. D-09-422894-Z, "In the Matter of the Joint Petition of PHILLIP DENNIS IVEY, JR., and LUCIAETTA MARIE IVEY, Petitioners." By two orders of the Eighth Judicial District Court Family Division, the filings in that case have been sealed: (1) the Order of December 29, 2009, sealing the file; and (2) the Order of January 26, 2012, reaffirming that the file is sealed but that the parties to this federal case and/or their counsel in this case may use and see said documents provided counsel is made aware of the Order and agrees to be bound by the January

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

26, 2012, Order. Paragraph 3 of the January 26, 2012, Family Division Order also states that "Any party in case 2:12-cv-02044 that seeks to file any portion of this sealed record with the Court in case number 2:11-cv-02044 shall file said document(s) under seal in the federal court...." Copies of the Family Division's December 29, 2009, and January 26, 2012, Orders have been filed in this Case as DKT 10. A copy of the served and certified January 26, 2012, Order will be filed as soon as it is received.

LIONEL SAWYER & COLLINS

By _/s/ Paul Hejmanowski_
Paul R. Hejmanowski, Esq.

Attorneys for Defendant, Phillip Ivey, Jr.

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: FEBRUARY 15, 2012

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2